IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

      Plaintiff,

                                     Case No. 23-CV-1059 GBW/KRS

vs.

NEW MEXICO STATE UNIVERSITY, et. al.,

      Defendants

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO PROCEED WITH PSUEDONYM AND TO FILE ANNOTATED COMPLAINT UNDER SEAL

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Leave to Proceed with Pseudonym and to File Annotated Complaint Under Seal (Doc. 19); the Court having reviewed said Unopposed Motion and having been informed the Defendants have no objection thereto; the Court having otherwise been fully informed therein and having determined the Unopposed motion is well-taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff may proceed at this time in the public record under the pseudonym "Jane Doe."

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall file an annotated version of the First Amended Complaint under seal which identifies Plaintiff on or before February 26, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE