IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                            No. 2:23-CV-01059-GBW-KRS

NEW MEXICO STATE UNIVERSITY,
NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,
JOSEPH BERNING, CAROLE CARSON,
ROBERT WOOD, PHILLIP POST,
MICHAEL MOREHEAD, LAURA CASTILLE,
HENRIETTA PICHON, YOSHITA IWASAKA, and
JOHN DOES 3 THROUGH 7 AND 9 AND 10,

    Defendants.

**STIPULATED ORDER GRANTING JOINT
MOTION TO EXTEND DEADLINES
WITHIN THE INITIAL SCHEDULING ORDER AND
<u>VACATE THE RULE 16 SCHEDULING CONFERENCE</u>**

    THIS MATTER having come before the Court upon the Parties' Joint Motion to Extend Deadlines Within the Initial Scheduling Order and Vacate the Rule 16 Scheduling Conference, and the Court having considered the Motion, FINDS that the Joint Motion should be GRANTED.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

    1.    The deadlines within the Initial Scheduling Order are hereby extended as set forth below.

    2.    The deadline for the parties to meet and confer is extended from February 20, 2024 to April 22, 2024.

    3.    The deadline for the parties to cooperate in preparing a Joint Status Report and Provisional Discovery Plan is extended from March 12, 2024 to May 13, 2024.

4.	The deadline for the parties to submit their respective initial disclosures shall be within fourteen days after the meet-and-confer to occur on or by April 22, 2024.

5.	The Rule 16 scheduling conference currently scheduled on March 19, 2024 is hereby vacated and shall be reset at the Court's convenience.

WHEREFORE, the parties jointly request that the Court grant this Joint Motion and extend the deadlines to within the Initial Scheduling Order as set forth above and to vacate the current Rule 16 Scheduling Conference.

*Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

JENNINGS HAUG KELEHER MCLEOD, LLP

By:  */s/ Cassandra R. Malone*
Benjamin F. Feuchter
Cassandra R. Malone
201 Third St. NW, Suite 1200
Albuquerque, NM  87102
Telephone: (505) 346-4646
Facsimile:  (505) 346-1370
bf@jhkmlaw.com
crm@jhkmlaw.com
*Attorneys for Defendants Joseph Berning and Carole Carson*

AND

By:  *approved via Email 2/21/2024*
Paul Linnenburger
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
Ph: 505.226.7979
paul@attorneyslane.com

MERIDITH M. BAKER, ESQ.
Law Office of Meridith Baker LLC
1209 Aztec Rd NW
Albuquerque, New Mexico 87107
Ph: 505.697.1900
meredithbaker@meredithbakeresq.com

JOHNN S.L. OSBORN
Law Office of Johnn SL Osborn PC
1011 Lovas Blvd. NW
Albuquerque, New Mexico 87102
Ph: 505.948.8646
josborn@jslolaw.com
*Attorneys for Plaintiff*

AND

MYNATT SPRINGER P.C.

By:  *approved via Email 2/21/2024*
Blaine T. Mynatt
New Mexico Bar No. 9471
Jennifer M. Meyer
New Mexico Bar No. 160319
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
btm@mynattspringer.com
jmm@mynattspringer.com
*Attorneys for Defendants New Mexico State University, New Mexico State University Board of Regents, Joseph Berning in his capacity as an NMSU employee, Carole Carson in her capacity as an NMSU employee, Robert Wood, Phillip Post, Michael Morehead, Laura Castile, Henrietta Pichon, and Yoshita Iwasaki*