IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                                                      CV-23-01059 GBW/KRS

NEW MEXICO STATE UNIVERSITY,
NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,
JOSEPH BERNING, CAROLE CARSON,
ROBERT WOOD, PHILLIP POST,
MICHAEL MOREHEAD, LAURA CASTILLE,
HENRIETTA PICHON, YOSHITA IWASAKA, and
JOHN DOES 3 THROUGH 7 AND 9 AND 10,

    Defendants.

**STIPULATED ORDER GRANTING UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**THIS MATTER** having come before the Court on the Unopposed Motion to Withdraw and Substitute Counsel to substitute Robles, Rael & Anaya, P.C. as counsel for Defendants, New Mexico State University, New Mexico State University Board of Regents, Joseph Berning in his capacity as an NMSU employee, Carole Carson in her capacity as an NMSU employee, Robert Wood, Phillip Post, Michael Morehead, Laura Castile, Henrietta Pichon, and Yoshita Iwasak, in place of Mynatt Springer, P.C. Being apprised that no party or counsel opposed this Motion, this Court finds that the Motion is well-taken and should be granted.

**IT IS HEREBY ORDERED** that Robles, Rael & Anaya, P.C. shall be substituted as counsel for Defendants, New Mexico State University, New Mexico State University Board of Regents, Joseph Berning in his capacity as an NMSU employee, Carole Carson in her capacity as

an NMSU employee, Robert Wood, Phillip Post, Michael Morehead, Laura Castile, Henrietta Pichon, and Yoshita Iwasak.

**IT IS HEREBY FURTHER ORDERED** that the entry of Mynatt Springer, P.C. as counsel for Defendants, Defendants, New Mexico State University, New Mexico State University Board of Regents, Robert Wood, Phillip Post, Michael Morehead, Laura Castile, Henrietta Pichon, and Yoshita Iwasak, is withdrawn.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Respectfully submitted by:**

/s/ Luis Robles
Luis Robles
Samuel C. DeFillippo
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
luis@roblesrael.com
chris@roblesrael.com

*Attorneys for NMSU Defendants*

**Approved by:**

/s/ Paul Linnenberger
Paul Linnenberger
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
(505) 226-7979
paul@attorneyslane.com

Meredith M. Baker, Esq.
Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 697-1900
meredithbaker@meredithbakeresq.com

Johnn Osborn
Law Office of Johnn S.L. Osborn, PC
701 Mountain Rd. NE
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com

*Attorneys for Plaintiff*

and

/s/ Benjamin F. Feuchter
Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jhkmlaw.com
crm@jhkmlaw.com

*Attorneys for Defendants Berning and Carson*


/s/ Blaine T. Mynatt
Blaine T. Mynatt
Jennifer M. Meyer
Mynatt Springer P.C.
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
btm@mynattspringer.com
jmm@mynattspringer.com

*Attorneys for Defendants New Mexico State University, New Mexico State University Board of Regents, Joseph Berning in his capacity as an NMSU employee, Carole Carson in her capacity as an NMSU employee, Robert Wood, Phillip Post, Michael Morehead, Laura Castile, Henrietta Pichon, and Yoshita Iwasaki*