IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE DOE,**

    Plaintiff,

v.                                                                                    CV-23-01059 GBW/KRS

**NEW MEXICO STATE UNIVERSITY,**
**NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,**
**JOSEPH BERNING, CAROLE CARSON,**
**ROBERT WOOD, PHILLIP POST,**
**MICHAEL MOREHEAD, LAURA CASTILLE,**
**HENRIETTA PICHON, YOSHITA IWASAKA, and**
**JOHN DOES 3 THROUGH 7 AND 9 AND 10,**

    Defendants.

## STIPULATED ORDER EXTENDING DEADLINES
## AND RESCHEDULING THE RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** came before the Court for consideration of the parties' Joint Motion to Extend Deadlines within the Initial Scheduling Order and Vacate the Rule 16 Scheduling Conference. This Court reviewed the Motion and arguments made therein and considered the fact that all the parties to this litigation joined the Motion. Accordingly, this Court finds that the Joint Motion to Extend Deadlines within the Initial Scheduling Order and Vacate the Rule 16 Scheduling Conference is well-taken and should be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    The Joint Motion to Extend Deadlines within the Initial Scheduling Order and Vacate the Rule 16 Scheduling Conference is **GRANTED**;

  B. The deadlines set forth in the Stipulated Order Granting Joint Motion to Extend the Deadlines within the Initial Scheduling Order and Vacate the Rule 16 Scheduling Conference *[Doc. No. 22]*, are **VACATED**;

  C. The deadline for parties to Meet and Confer is extend to June 6, 2024;

  D. The deadline for Plaintiff to File the Joint Status Report is extended to June 27, 2024;

  E. The deadline for the parties to exchange Rule 26(a)(1) Initial Disclosures is extended to June 20, 2024; and

  F. The Rule 16 Scheduling Conference scheduled to take place on May 28, 2024 is vacated and will be set at a time that would be convenient for the Court.

_____
The Honorable Kevin R. Sweazea
United States Magistrate Judge

Respectfully submitted by:

**ROBLES, RAEL & ANAYA, P.C.**

/s/ Samuel C. DeFillippo
Samuel C. DeFillippo
Robles, Rael & Anaya, P.C.
20 First Plaza Ctr. NW, Suite 500
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
chris@roblesrael.com

*Attorneys for Defendants*

**LANE+LINNENBURGER+LANE LLP**

/s/ Paul Linnenburger
Paul Linnenburger
Lane+Linnenburger+Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
(505) 226-7979
paul@attorneyslane.com

Meredith M. Baker, Esq.
Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 697-1900
meredithbaker@meredithbakeresq.com

Johnn Osborn
Law Office of Johnn S.L. Osborn, PC
701 Mountain Rd. NE
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com

*Attorneys for Plaintiff*

**JENNINGS HAUG KELEHER MCLEOD, LLP**

/s/ Cassandra R. Malone
Cassandra R. Malone
Benjamin F. Feuchter
Jennings Haug Keleher McLeod, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jhkmlaw.com
crm@jhkmlaw.com

*Attorneys for Defendants Berning and Carson*