IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

vs.                                      Case No. 2:23-cv-01059-GBW/KRS

NEW MEXICO STATE UNIVERSITY, et. al.,

    Defendants

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 33); the Court having reviewed said Unopposed Motion and having been informed the Defendants have no objection thereto while reserving objection to potential future issues as to joinder/severance; the Court having otherwise been fully informed therein and having determined the Unopposed motion is well-taken and should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff is granted leave to file the Second Amended Complaint attached as Exhibit 1 to the Motion which identifies certain Doe Defendants and adds claims of two additional Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs Jane Doe 2 and Jane Doe 3 shall submit a request for leave to proceed under pseudonym in the same manner that Plaintiff Jane Doe previously did in this matter on or before May 24, 2024.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE