IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, et al.,

    Plaintiffs,

v.                                                         No. 2:23-cv-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, et al.,

    Defendants.

### ORDER GRANTING MOTION TO EXTEND DEADLINE TO PROVIDE INITIAL DISCLOSURES AND CLARIFYING SCHEDULING CONFERENCE SETTING

THIS MATTER is before the Court on the parties' Unopposed Motion to Amend Stipulated Order Extending Deadlines, (Doc. 45), filed June 27, 2024.  The parties ask for an extension of their deadline to provide initial disclosures from June 20, 2024 to July 10, 2024.  The Court finds the request well-taken and GRANTS the Motion.  The Court notes that the parties state in their Motion that the telephonic Rule 16 Scheduling Conference was reset from July 10, 2024 to July 24, 2024—this is incorrect.  The undersigned, as the assigned pre-trial judge for this case, set the telephonic Rule 16 Scheduling Conference for July 10, 2024 at 10:30 a.m.  *See* (Doc. 32).  The assigned trial judge (Judge Wormuth) has set a separate *trial* scheduling conference for July 24, 2024 at 3:00 p.m.  *See* (Doc. 42).  These are separate scheduling conferences before different judges.  *See* D.N.M. LR-Civ. 73.1 (a) (explaining that civil cases in this district are each assigned a pre-trial and trial Magistrate Judge).  The telephonic Rule 16 Scheduling Conference remains set for July 10, 2024 at 10:30 a.m. before the undersigned.

IT IS THERFORE ORDERED that the parties' Unopposed Motion to Amend Stipulated Order Extending Deadlines, (Doc. 45), is GRANTED and the parties may submit their initial

disclosures by July 10, 2024.  **The July 10, 2024 telephonic Rule 16 Scheduling Conference will proceed at 10:30 a.m., as scheduled, and the parties' Joint Status Report remains due by June 27, 2024**.  *See* (Doc. 32).

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE