IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 1, et al.,

    Plaintiffs,

v.                                            No. 2:23-cv-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, et al.,

    Defendants.

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on July 10, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE