IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, et al.,

    Plaintiffs,

v.                                              No. 2:23-cv-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT BY INTERLINEATION AS TO PLAINTIFF'S FULL NAME

THIS MATTER is before the Court on Plaintiff Jane Doe 1's Unopposed Motion to Amend Second Amended Complaint by Interlineation as to Plaintiff's Full Name, filed July 10, 2024. (Doc. 51). Plaintiff Jane Doe 1 asks the Court to amend the Second Amended Complaint, (Doc. 35), by interlineation to substitute her full name, Neva Williams, for the pseudonym "Jane Doe 1," and for this change to be reflected in the caption of this case and subsequent filings. Having considered the Motion and record of this case, and noting the Motion is unopposed, the Court finds the Motion is well-taken.

IT IS THEREFORE ORDERED that Plaintiff Jane Doe 1's Unopposed Motion to Amend Second Amended Complaint by Interlineation as to Plaintiff's Full Name, (Doc. 51), is GRANTED and the Second Amended Complaint, (Doc. 35), is amended by interlineation to substitute the pseudonym "Jane Doe 1" for Plaintiff's full name, Neva Williams. The caption of this case and all subsequent filings will reflect this substitution.

IT IS SO ORDERED.

                                                                 _____
                                                                 KEVIN R. SWEAZEA
                                                                 UNITED STATES MAGISTRATE JUDGE