IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                                        Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

THIS MATTER comes before the Court upon the parties' Joint Motion to Dismiss Plaintiffs' Title IX Claims Against Individual Defendants and the New Mexico State University Board of Regents.  *Doc. 64*.  Having reviewed the Motion, noting the concurrence of the parties, and being otherwise fully informed, the Court will GRANT the Motion.

IT IS THEREFORE ORDERED that Plaintiffs' Title IX claims against Joseph Berning, Carole Carson, Robert Wood, Phillip Post, Michael Morehead, Laura Castille, Henrietta Pichon, Yoshita Iwasaki, Gerard Nevarez, Don Pope-Davis, and Susan Brown ("Individual Defendants") as well as the New Mexico State University Board of Regents ("NMSUBOR") are DISMISSED WITH PREJUDICE.  Plaintiffs' Title IX claim against Defendant New Mexico State University remains.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**