IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                          Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

### AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER comes before the Court upon review of the record. The Court will hold a telephonic status conference on **April 25, 2025, at 1:30 p.m**. to discuss issues related to case management, including possible case bifurcation. Counsel shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812,** to connect to the proceedings. Client attendance is not required.

**IT IS SO ORDERED**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE