IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                                                          Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court upon Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Counts I, II, III, VI, VII, VII, and IX. *Doc. 69*. In Plaintiffs' Response, they contend that the Court should permit general discovery before ruling on the motion. *See generally doc. 73*. In particular, Plaintiffs repeatedly argue that they should be permitted to develop expert testimony to support their opposition to the motion. *Id*. at 2, 4, 7, 8, 12-16, 17, 19-20, 21. The response was filed on September 23, 2024. Discovery has not been stayed pending the motion and Plaintiffs' expert disclosure deadline is January 6, 2025. *See doc. 55* at 2. Consequently, Plaintiffs will soon have had sufficient time to develop any facts relevant to the pending summary judgment motion. Thus, the Court will order Plaintiffs to file a supplemental response to the motion. The supplemental response should not repeat the facts or arguments already presented. Instead, it should supplement the record with relevant facts discovered since the first response was filed and arguments tied to those facts.

Defendants will then have the opportunity to file a supplemental reply which addresses those facts and arguments. Both filings must comply with the local rules with respect to summary judgment motions.

IT IS THEREFORE ORDERED that Plaintiffs shall file a supplemental response as described above **no later than January 16, 2025**. Defendants' supplemental reply, if any, must be filed by **February 6, 2025**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**