IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                              Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

### ORDER SETTING MOTION HEARING

THIS MATTER comes before the Court upon a review of Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Counts I, II, III, VI, VII, VIII, and IX. *Doc. 69*. The Court will hold a hearing on this Motion on **February 21, 2025, at 10:30 a.m.** in the **Organ Courtroom at the United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico**. Counsel for all parties shall appear.

    IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**