IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                                                  Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

### ORDER FOR PLAINTIFFS TO REFILE EXHIBITS IN SUPPORT OF THEIR RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT *(DOC. 94)*

THIS MATTER comes before the Court *sua sponte*. Plaintiffs filed their exhibits in support of their Response to Motion for Partial Summary Judgment (*doc. 94*) on January 17, 2025. *See doc. 95*. Upon review of Plaintiffs' exhibits, it appears that Plaintiffs unintentionally[1] redacted portions of their exhibits they meant to highlight for the Court's attention. *See docs. 95-1, -4, -9, -13*. The Court is unable to read the portions of the exhibits that are unintentionally redacted.

---

[1] The Court assumes that the redactions are unintentional because Plaintiffs cite to redacted portions of their exhibits in their Response, and the redactions are in a highlighter yellow color.

IT IS THEREFORE ORDERED that Plaintiffs must refile their exhibits in support of their Response to Motion for Partial Summary Judgment (*doc. 94*) by **February 3, 2025**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**