IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NEVA WILLIAMS, JANE DOE 2,**
and **JANE DOE 3,**

    Plaintiffs,

vs.                                                                                                  Case No. 23-CV-01059 GBW/KRS

**NEW MEXICO STATE UNIVERSITY,**
**NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,**
**JOSEPH BERNING, CAROLE CARSON,**
**ROBERT WOOD, PHILLIP POST,**
**MICHAEL MOREHEAD, LAURA CASTILLE,**
**HENRIETTA PICHON, YOSHITA IWASAKI,**
**GERARD NEVAREZ, DON POPE-DAVIS,**
**SUSAN BROWN** and **JOHN DOES** 1 through 5,

    Defendants.

## STIPULATED ORDER EXTENDING NMSU DEFENDANTS' DEADLINE TO FILE A MOTION COMPELLING DISCOVERY

**THIS MATTER** came before the Court for consideration of NMSU Defendants' Unopposed Motion to Extend Deadline to File a Motion Compelling Discovery ("Motion"). This Court reviewed the Motion and arguments made therein and considered that all parties to this litigation concur in the Motion. Accordingly, this Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    The deadline for NMSU Defendants to file a Motion to Compel on Neva Williams's Objections and Answers to Defendants' First Interrogatories and Requests for Production to

Plaintiff; Jane Doe 2's Objections and Answers to Defendants' First Interrogatories and Requests for Production to Plaintiff; and Jane Doe 3's Objections and Answers to Defendants' First Interrogatories and Requests for Production to Plaintiff is extended from January 31, 2025 to March 3, 2025.

IT IS SO ORDERED this 3rd day of February, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

/s/ Samuel C. DeFillippo
Samuel C. DeFillippo
Luis Robles
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
chris@roblesrael.com

*Attorneys for NMSU Defendants*

**Approved by:**

/s/ Paul Linnenburger
Paul Linnenburger
Wendell Lane
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
(505) 226-7979
paul@attorneyslane.com
wendell@attorneyslane.com

and

Meredith M. Baker, Esq.
Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 697-1900
meredithbaker@meredithbakeresq.com

Johnn Osborn
Law Office of Johnn S.L. Osborn, P.C.
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 498-8646
josborn@jslolaw.com

*Attorneys for Plaintiffs*

/s/ Cassandra R. Malone
Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
bf@jhkmlaw.com
crm@jhkmlaw.com

*Attorneys for Defendants Berning and Carson*