IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et. al.*,

    Plaintiffs,

vs.                                    Case No. 1:23-cv-01059-GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et. al.*,

    Defendants.

## STIPULATED ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE A MOTION COMPELLING DISCOVERY

**THIS MATTER** came before the Court for consideration of Plaintiffs Unopposed Motion for Two Week Extension to File Motion to Compel ("Motion"). This Court reviewed the Motion and arguments made therein and considered that all parties to this litigation concur in the Motion. Accordingly, this Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

A.    The deadline for Plaintiffs to file a Motion to Compel on Defendant Joseph Berning's and Defendant Carole Carson's Objections and Answers to Plaintiffs' First Interrogatories and Request for Production to Defendant Joseph Berning and Carole Carson's Objections and Answers to Plaintiffs' First Interrogatories and Request for Production to Defendant Carole Carson is extended from January 31, 2025, to February 14, 2025. 3, 2025.

IT IS SO ORDERED this 3rd day of February, 2025.

                                                              _____
                                                              KEVIN R. SWEAZEA
                                                              UNITED STATES MAGISTRATE JUDGE

**Submitted by:**
*/s/ Paul Linnenburger*
PAUL LINNENBURGER
WENDELL LANE
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, New Mexico 87197
Ph:  505.226.7979
paul@attorneyslane.com
wendell@attorneyslane.com

and

MEREDITH M. BAKER, ESQ.
Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, New Mexico 87107
Ph:  505.697.1900
meredithbaker@meredithbakeresq.com

and

JOHN OSBORN
Law Office of Johnn S.L. Osborn, PC
1011 Lomas Blvd NW
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com


**Approved By:**

Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
bf@jhkmlaw.com
crm@jhkmlaw.com
*Attorneys for Defendants Berning and Carson*


Samuel C. DeFillippo
Luis Robles
500 Marquette Ave NW, Suite 700

Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
chris@roblesrael.com
*Attorneys for NMSU Defendants*

3