# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**NEVA WILLIAMS, JANE DOE 2,**
**and JANE DOE 3,**

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No. 23-CV-01059 GBW/KRS

**NEW MEXICO STATE UNIVERSITY,**
**NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,**
**JOSEPH BERNING, CAROLE CARSON,**
**ROBERT WOOD, PHILLIP POST,**
**MICHAEL MOREHEAD, LAURA CASTILLE,**
**HENRIETTA PICHON, YOSHITA IWASAKI,**
**GERARD NEVAREZ, DON POPE-DAVIS,**
**SUSAN BROWN and JOHN DOES 1 through 5,**

    Defendants.

## STIPULATED ORDER EXTENDING PRETRIAL DEADLINES AND BRIEFING SCHEDULE

**THIS MATTER** coming before the Court for consideration of the NMSU Defendants' Unopposed Motion to Extend Pretrial Deadlines and Briefing Schedule (Doc. 105), the Court having reviewed the Motion, and considering that all the parties to this litigation have joined the Motion,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

    A.    NSMU Defendants' Unopposed Motion to Extend Pretrial Deadlines and Briefing Schedule is **GRANTED**;

B. The deadline for Defendants' Rule 26(a)(2) expert disclosure is extended to **April 7, 2025**;

C. The termination date for discovery is extended to **May 20, 2025**;

D. The deadline for motions relating to discovery is extended to **May 27, 2025**; and

E. The filing deadline for pretrial motions other than discovery motions (including motions which may require a Daubert hearing) is extended to **June 9, 2025**.

IT IS SO ORDERED this 7th day of February, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

/s/ Samuel C. DeFillippo
Samuel C. DeFillippo
Luis Robles
Robles, Rael & Anaya, P.C.
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
chris@roblesrael.com
*Attorneys for NMSU Defendants*

**Approved by:**

/s/ Paul Linnenburger
Paul Linnenburger
Wendell Lane
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
(505) 226-7979
paul@attorneyslane.com
wendell@attorneyslane.com

Meredith M. Baker, Esq.
Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 697-1900
meredithbaker@meredithbakeresq.com

John Osborn
Law Office of Johnn S.L. Osborn, PC
701 Mountain Rd. NE
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com
*Attorneys for Plaintiffs*

and

/s/ Cassandra R. Malone
Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jhkmlaw.com
crm@jhkmlaw.com
*Attorneys for Defendants Berning and Carson*


 /s/ Samuel C. DeFillippo
Samuel C. DeFillippo