## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                                          Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

### <u>NOTICE</u>

THIS MATTER comes before the Court on a review of the record.  Plaintiffs filed

their exhibits in support of their Response to Motion for Partial Summary Judgment

(*doc. 94*) on January 17, 2025.  *See doc. 95*.  Upon a review of these exhibits, the Court

noted that Plaintiffs unintentionally redacted portions of their exhibits they meant to

highlight for the Court's attention.  *Doc. 99* at 1.  The Court directed Plaintiffs to refile

the exhibits, *id.* at 2, and Plaintiffs did so on February 3, 2025, *see doc. 104*.  Plaintiffs

assert that they "attempted to rectify unintentional redactions," *id.* at 1; however, upon

reviewing the rectified submissions, the Court remains unable to discern certain

portions that appear to still have been inadvertently redacted.

    Plaintiffs assert that "[t]he remaining redactions in the attached exhibits were

redactions made by Defendants made prior to disclosure."  *Id.*  However, this assertion

does not appear to be entirely accurate.  For example, Plaintiffs reference a

psychological evaluation in their *Sealed* Joint Response to Purported Undisputed Facts

and Additional Material Facts Concerning Motion for Partial Summary Judgment, *e.g.,*

*doc. 95* ¶ 59, yet significant portions of the cited material are illegible, *see doc. 104-14* at 5-

7. Similarly, details of an incident described in Plaintiffs' factual allegations, *doc. 95* ¶

81, appear to be highlighted but remain unreadable, s*ee doc. 104-4* at 13. Numerous

other exhibits submitted by Plaintiffs present similar issues. *See, e.g., docs. 104-1, -4, -9, -*

*10, -13, -14, -15*. The Court questions whether all these redactions were, in fact, made by

Defendants.

As a result, the Court is unable to review the record upon which Plaintiffs rely.

If the deficiencies in Plaintiffs' submissions are not corrected **by February 12, 2025**, the

Court will consider only the evidence that is legible.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

2