IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et. al.*,

      Plaintiffs,

vs.                                      Case No. 1:23-cv-01059-GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et. al.*,

      Defendants.

## ORDER

**THIS MATTER** came before the Court for consideration of Plaintiffs' Unopposed Motion for Two Week Extension to File Motion to Compel ("Motion"). (Doc. 115). This Court reviewed the Motion and considered that all parties to this litigation concur in the Motion. Accordingly, this Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

A.    The deadline for Plaintiffs to file a Motion to Compel on Defendant Joseph Berning's and Defendant Carole Carson's Objections and Answers to Plaintiffs' First Interrogatories and Request for Production to Defendant Joseph Berning and Carole Carson's Objections and Answers to Plaintiffs' First Interrogatories and Request for Production to Defendant Carole Carson is extended from February 14, 2025, to February 28, 2025.

IT IS SO ORDERED this 18th day of February, 2025.

                                                                                     _____
                                                                                      KEVIN R. SWEAZEA
                                                                                       UNITED STATES MAGISTRATE JUDGE

**Submitted by:**
*/s/ Paul Linnenburger*                              MEREDITH M. BAKER, ESQ.
PAUL LINNENBURGER                      Law Office of Meredith Baker LLC

| | |
|---|---|
| WENDELL LANE<br>Lane + Linnenburger + Lane LLP<br>P.O. Box 6622<br>Albuquerque, New Mexico 87197<br>Ph:  505.226.7979<br>paul@attorneyslane.com<br>wendell@attorneyslane.com | 1209 Aztec Rd. NW<br>Albuquerque, New Mexico 87107<br>Ph:  505.697.1900<br>meredithbaker@meredithbakeresq.com |

JOHN OSBORN
Law Office of Johnn S.L. Osborn, PC
1011 Lomas Blvd NW
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com


**Approved By:**

Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
bf@jhkmlaw.com
crm@jhkmlaw.com
*Attorneys for Defendants Berning and Carson*


Samuel C. DeFillippo
Luis Robles
500 Marquette Ave NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
chris@roblesrael.com
*Attorneys for NMSU Defendants*