IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                            Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER VACATING PRETRIAL CONFERENCE, JURY TRIAL, AND TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court upon a review of the record. The new deadlines for discovery and dispositive motions, *see doc. 130*, necessitate moving the currently scheduled pretrial conference and trial date. IT IS THEREFORE ORDERED that the pretrial conference set for August 12, 2025, and the jury trial set to begin September 8, 2025, are hereby VACATED.

IT IS FURTHER ORDERED that the Telephonic Status Conference set for April 25, 2025, at 1:30 p.m. is VACATED. The Court will reset a status conference regarding trial scheduling and possible bifurcation after the resolution of Defendants' Motion for Partial Summary Judgment Regarding Plaintiffs' Counts I, II, III, VI, VII, VIII, and IX (*doc. 69*).

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**