IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NEVA WILLIAMS, JANE DOE 2,**
**and JANE DOE 3,**

    Plaintiffs,

v.                                                                       Case No. 23-CV-01059 GBW/KRS

**NEW MEXICO STATE UNIVERSITY,**
**NEW MEXICO STATE UNIVERSITY BOARD OF REGENTS,**
**JOSEPH BERNING, CAROLE CARSON,**
**ROBERT WOOD, PHILLIP POST,**
**MICHAEL MOREHEAD, LAURA CASTILLE,**
**HENRIETTA PICHON, YOSHITA IWASAKI,**
**GERARD NEVAREZ, DON POPE-DAVIS,**
**SUSAN BROWN and JOHN DOES 1 through 5,**

    Defendants.

## **AMENDED SCHEDULING ORDER**

    **THIS MATTER** comes before the Court pursuant to the Parties' Joint Motion to Extend Deadlines (Doc. 136). Finding good cause and noting the agreement of the parties, the Court grants the Joint Motion and amends the current scheduling order (Doc. 130) as follows:

1. The deadline for Defendants' expert reports is extended to **September 16, 2025.**

2. The deadline for discovery is extended to **October 28, 2025**.

3. The deadline for supplementing discovery/disclosures **remains the same** (due within thirty (30) days of receipt of information giving rise to need to supplement).

4. The deadline for motions relating to discovery is extended to **November 7, 2025**.

5. The deadline for all other motions[1] is extended to **November 18, 2025**.

6. Pretrial order **to be set by the presiding judge**.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Respectfully submitted by:**

/s/ Samuel C. DeFillippo
Samuel C. DeFillippo
Taylor S. Rahn
*Attorneys for NMSU Defendants*
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
(505) 242-1106 (facsimile)
chris@roblesrael.com
taylor@roblesrael.com

**Approved by:**

/s/ Paul Linnenburger
Paul Linnenburger
Wendell Lane
Lane + Linnenburger + Lane LLP
P.O. Box 6622
Albuquerque, NM 87197
(505) 226-7979
paul@attorneyslane.com
wendell@attorneyslane.com

Meredith M. Baker, Esq.

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motion *in limine* deadline in a separate order.

Law Office of Meredith Baker LLC
1209 Aztec Rd. NW
Albuquerque, NM 87107
(505) 697-1900
meredithbaker@meredithbakeresq.com

Johnn Osborn
Law Office of Johnn S.L. Osborn, PC
701 Mountain Rd. NE
Albuquerque, NM 87102
(505) 948-8646
josborn@jslolaw.com

*Attorneys for Plaintiffs*

/s/ Cassandra R. Malone
Benjamin F. Feuchter
Cassandra R. Malone
Jennings Haug Keleher McLeod Waterfall, LLP
201 Third St. NW, Suite 1200
Albuquerque, NM 87102
(505) 346-4646
bf@jhkmlaw.com
crm@jhkmlaw.com

*Attorneys for Defendants Berning and Carson*