IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.   Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS
## PLAINTIFF NEVA WILLIAMS AND JANE DOE 3'S COUNT IV CLAIMS

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Dismiss Plaintiff Neva Williams and Jane Doe 3's Count IV (Title IX) Claims. *Doc. 161*. The Court, being fully advised of the issues and arguments presented therein, as well as the fact that the Parties agree to the relief sought, finds that the Unopposed Motion is well taken and should be **GRANTED.**

It is therefore **ORDERED** that Count IV of the Second Amended Complaint for Damages for Violation of Civil Rights and Title IX and other Tortious Conduct (*doc. 35*), as it relates to Neva Williams and Jane Doe 3, is hereby **DISMISSED WITH PREJUDICE**.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**