IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                                                       Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER SETTING TRIAL SCHEDULING CONFERENCE

This matter comes before the Court upon a review of the record. It is hereby ORDERED that a telephonic status conference is set for **February 11, 2026, at 2:30 p.m.** The conference will address the scheduling and location of the trial and other significant pre-trial matters.[1] The parties shall call Judge Wormuth's teleconference line at **(855) 244-8681, access code 2303 928 4812,** to connect to the proceedings.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] Practice in this case shall be in accordance with the Local Rules and the rules laid out in Judge Wormuth's court website page. Counsel are directed to familiarize themselves with those rules found at https://www.nmd.uscourts.gov/content/honorable-gregory-b-wormuth under the tabs labeled "Rules and Courtroom Decorum for All Cases" and "Procedures for Civil Consent Cases."