**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NEVA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                   Civ. No. 23-1059 GBW/KRS

NEW MEXICO STATE UNIVERSITY, *et al.*,

    Defendants.

## ORDER VACATING JURY TRIAL
## AND ALL ASSOCIATED DEADLINES

THIS MATTER comes before the Court following the parties' communication that they have reached a settlement and the issuance of an Order to File Closing Documents (*doc. 188*).  IT IS ORDERED that the pretrial conference set for December 10, 2026, the jury trial set for January 20, 2027, and all associated deadlines imposed by the Order Setting Jury Trial (*doc. 176*) are hereby VACATED.

**IT IS SO ORDERED.**

_____

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**